436

(No. 75-CC-638—)

CENCO MEDICAL HEALTH SUPPLY CORP., Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed March 24, 1975.*

CENCO MEDICAL HEALTH SUPPLY CORP., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-641—)

FISHBACH BROTHERS, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed March 24, 1975.*

FISHBACH BROTHERS, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.